AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Bryan Bueno-Robles

              Petitioner,

v.

Noem et al

              Respondents.

JUDGMENT IN A CIVIL CASE

Case Number: 2:26-cv-00449-RFB-MDC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Petitioner, Bryan Bueno-Robles, and Respondents, Kristi Noem, Pam Bondi, Todd Lyons, John Mattos, Bryan Wilcox, United States Department of Homeland Security, United States Immigration and Customs Enforcement.

02/26/2026  
Date

DEBRA K. KEMPI  
Clerk

/s/ ALZ  
Deputy Clerk